STATE OF NORTH CAROLINA v. WILLIAM FLOYD JOHNSON, JR.

No. 7210SC732

(Filed 25 October 1972)

APPEAL by defendant from *Braswell, Judge,* 1 May 1972 Session, WAKE County Superior Court.

The defendant was charged in a valid bill of indictment containing three counts; in the first count with the felonious breaking and entering of the home of Raymond White on Lutz Street in Raleigh; in the second count with felonious larceny of personal property from the said home; and in a third count with receiving stolen property knowing same to have been stolen. To the charges contained in the bill of indictment, the defendant entered a plea of not guilty. From a jury verdict finding the defendant guilty of felonious breaking and entering and felonious larceny and the imposition of a prison sentence thereon, the defendant appealed.

*Attorney General Robert Morgan by Associate Attorney C. Diederich Heidgerd for the State.*

*Robert P. Gruber for defendant appellant.*

CAMPBELL, Judge.

We have reviewed the record, and we find it to be free of any prejudicial error. The defendant was afforded a trial which was fair and free of error. The bill of indictment, plea, judgment and sentence were in all respects regular and proper.

No error.

Judges MORRIS and PARKER concur.